1
2
3    JS 6
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                    **CENTRAL DISTRICT OF CALIFORNIA**
10
11   MARILYN BRYANT,                    )        Case No.: CV 16-1267 DSF (JEMx)
                                        )
12              Plaintiff,              )
                                        )
13        vs.                           )        JUDGMENT
                                        )
14   BNSF RAILWAY COMPANY, et al.,      )
                                        )
15              Defendants.             )
                                        )
16   _____   )
17
18        The Court, having ordered that the case be dismissed for lack of subject
19   matter jurisdiction,
20   IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action
21   be dismissed without prejudice to filing in an appropriate court, and that
22   defendants recover their costs of suit pursuant to a bill of costs filed in accordance
23   with 28 U.S.C. § 1919.
24
     Dated: _____9/6/16_____          _____
25                                              Dale S. Fischer
26                                       United States District Judge
27
28